UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:01-CR-385-T-17EAJ

JOSE LUIS ROSALES-MORENO.

_____/

ORDER

This cause is before the Court on:

Dkt. 100  Construed Motion for Reconsideration of Order (Dkt. 88)

Defendant Jose Luis Rosales-Moreno, pro se, requests reduction of Defendant's sentence based on Amendment 782.

The Court notes that after Defendant Rosales-Moreno entered into a Plea Agreement, Defendant entered a guilty plea and was sentenced on December 6, 2002. (Dkt. 47). Defendant Rosales-Moreno was sentenced to 240 months imprisonment, with credit for time served, 120 months supervised release, and a special assessment of $100.

Defendant Rosales-Moreno appealed his sentence; the Eleventh Circuit Court of Appeals affirmed Defendant's sentence. (Dkt. 70).

Defendant Rosales-Moreno requested the retroactive application of the Sentencing Guidelines pursuant to Amendment 782. The United States Probation Office noted that Defendant was sentenced pursuant to a statutory mandatory minimum, and assessed Defendant Rosales-Moreno to be ineligible for sentence reduction pursuant to Amendment 782. (Dkt. 79). The Federal Defender's Office represented Defendant Rosales-Moreno, notified the Court that it would not pursue sentence reduction, and advised Defendant Rosales-Moreno of Defendant's right to

Case No. 8:01-CR-385-T-17EAJ

proceed pro se. (Dkt. 81). Defendant Rosales-Moreno, pro se, filed a Motion for Retroactive Application of Sentencing Guidelines pursuant to Amendment 782. (Dkt. 84). After responses by the Government, the Court denied both Amendment 782 Motions. (Dkt. 88). Defendant Rosales-Moreno appealed the Court's Order. (Dkt. 90). The Court denied Defendant Rosales-Moreno's request to proceed IFP on appeal; the Eleventh Circuit Court of Appeals also denied Defendant's request to proceed IFP on appeal. (Dkts. 93, 94). The Eleventh Circuit Court of Appeals dismissed Defendant Rosales-Moreno's appeal. (Dkt. 95).

Defendant Rosales-Moreno, pro se, has again requested a reduction of Defendant's sentence pursuant to Amendment 782. (Dkt. 100).

Defendant Rosales-Moreno has not provided any new authority or other reason for the Court to grant the relief requested. The Court adopts and incorporates the prior Order denying relief, (Dkt. 88), and denies Defendant Rosales-Moreno's Construed Motion for Reconsideration. Accordingly, it is

**ORDERED** that the Court's prior Order denying relief (Dkt. 88) is **adopted and incorporated** by reference. Defendant Rosales-Moreno's Construed Motion for Reconsideration (Dkt. 100) is **denied**. The Clerk of Court shall provide a copy of this Order to pro se Defendant by U.S. Mail.

Case No. 8:01-CR-385-T-17EAJ

**DONE and ORDERED** in Chambers in Tampa, Florida on this 30th day of June, 2017.

*[signature]*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Jose Rosales-Moreno
#61738-079
Adams County Correctional Institution
Washington, MS 39190